

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR495-123
ANDRE CHRISTOPHER MYERS, )
)
    Defendant. )
)

## O R D E R

Before the Court is Defendant Myers's Motion Pursuant to 28 U.S.C. § 2255. (Doc. 1063.) In the Motion, Defendant requests that this Court resentence him because a prior conviction in state court used to enhance his federal sentence has been vacated. See Myers v. State, CV05-0872-FR (Ga. Super. Ct. Feb. 14, 2008). However, while a habeas corpus petition is the proper means to obtain this reduction, Defendant has already filed a habeas petition (Doc. 803), making the instant petition successive.

This Court may only entertain a second or successive habeas corpus petition after a defendant receives certification from the Eleventh Circuit Court of Appeals allowing the petition. Under Eleventh Circuit Rule 22-3(a), Defendant <u>must</u> file an "Application for Leave to File a Second or Successive Habeas Corpus Petition" with the Eleventh Circuit, using the form provided by the Eleventh

Circuit Clerk of Court, before filing a second or successive petition in this Court. Because the petition is successive, this Court is precluded from ruling on Defendant's § 2255 Petition until he receives the required certification from the Eleventh Circuit. Accordingly, Defendant's Motion is **DENIED**.

SO ORDERED this 20th day of February, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA