# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2009 JUN 22 PM 3: 08
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Andre Christopher Myers | ) Case No: CR495-00123-003 |
| | ) USM No: 08897-021 |
| Date of Previous Judgment: January 9, 1996 | ) Douglas Andrews |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____Life____ **is reduced to** ____360 months____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 44 | Amended Offense Level: | 42 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | Life | Amended Guideline Range: | 360 months to Life |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
The Court carefully considered each and every sentencing factor set forth in 18 U.S.C. § 3553(a) when reviewing this matter. The Court notes the offense level in this case was largely determined by the quantity of crack cocaine attributed to the defendant. The retroactive amendment reduced the offense level by two levels.

Except as provided above, all provisions of the judgment dated ____January 9, 1996,____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: June 22, 2009

Judge's signature

Effective Date: _____
(if different from order date)

William T. Moore, Jr.
Chief Judge, U.S. District Court
Printed name and title