IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY -4 PM 4:37
CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR495-123
)
ANDRE CHRISTOPHER MYERS, )
)
    Defendant. )
)

## ORDER

Before the Court is Defendant Andre Christopher Myers's pro se Motion for Early Termination of Supervised Release. (Doc. 1291.) In the motion, Defendant requests the termination of his ten-year term of supervised release based on his twenty-one year term of incarceration and exemplary conduct since his release. (Id. at 1-2.) While recognizing that Defendant's conduct during his time on supervised release has been both commendable and encouraging, the Court concludes that terminating Defendant's supervision after only 25 months of an 120-month term would be inappropriate. Moreover, Defendant's past involvement in a large-scale drug distribution conspiracy and solicitation of violence cautions against any significant early termination of his supervised release. After reviewing the nature of Defendant's offense in this case, the Court concludes that early termination of

Defendant's term of supervised release is unwarranted at this time. Accordingly, Defendant's motion (Doc. 1291) is **DENIED**.

SO ORDERED this 4th day of May 2018.

/ s / William T. Moore, Jr.
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA