```
           IN THE UNITED STATES DISTRICT COURT FOR
              THE SOUTHERN DISTRICT OF GEORGIA
                      SAVANNAH DIVISION
```

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR495-123
)
ANDRE CHRISTOPHER MYERS, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant Andre Christopher Myers's Motion for Early Termination of Supervised Release. (Doc. 1351.) In the motion, Defendant requests the termination of his ten-year term of supervised release based on his exemplary conduct since his release. (Id. at 1.) The Government, after consultation with the United States Probation Office ("USPO"), opposes Defendant's request. (Doc. 1352.) The USPO concedes that Defendant has abided by the terms of supervision but notes that Defendant was convicted of a DUI on February 25, 2020. (Id. at 2.) Both the USPO and the Government concur that they do not support early termination at this time but would be more favorably disposed to termination in one year, at which point Defendant will have completed 70 percent of his term of supervised release. (Id. at 1-2.) After reviewing the nature of Defendant's offense in this case and the Government's opposition to early termination, the Court concludes that early termination

of Defendant's term of supervised release is unwarranted at this time. Accordingly, Defendant's motion (Doc. 1351) is **DENIED**.

SO ORDERED this \_\_31st\_\_ day of March 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA